ANDREA T. MARTINEZ, United States Attorney (#9313)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 02 '22 PM 12:39

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ARLO BELTRAN, Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>COUNT I: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition<br><br>Case: 1:22-cr-00013<br>Assigned To : Stewart, Ted<br>Assign. Date : 2/2/2022 |
|---|---|

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of Ammunition)

On December 12, 2021, in the District of Utah,

ARLO BELTRAN,

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess ammunition, to wit: Hornady 9mm and Blazer .357 caliber ammunition, and the ammunition was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922(g), the defendant shall forfeit to the United States of America any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

- 25 rounds of Hornady Self-Defense 9mm ammunition, and
- 33 rounds of Blazer .357 caliber ammunition.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
SAM PEAD
Assistant United States Attorney